# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129542

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GERALD DUANE MCDONALD,
    Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 129542
COA: 262902
Calhoun CC: 03-003380-FH
03-003381-FH
03-003382-FH
03-003385-FH

_____/

    On order of the Court, the application for leave to appeal the August 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                                 _____
                                              Clerk

s1219